FILED: March 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1619
(A043-010-659)

_____

THO DUC HUYNH

       Petitioner

v.

PAMELA JO BONDI, Attorney General

       Respondent

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk